IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) Criminal Action No. 16-00040-KD |
| CLARENCE EVERS, JR., | ) |
| Defendant. | ) |

## ORDER

This action is before the Court on Defendant Clarence Evers, Jr.'s "Appeal of Magistrate's Order of Pre-Trial Detention" (doc. 17) and the United States' response (doc. 18).  Upon "careful review of the pleadings and the evidence developed at the magistrate's detention hearing", the Court finds that the Magistrate Judge's "factual findings are supported" and "the legal conclusions are correct." *United States v. King*, 849 F.2d 485, 490 (11th Cir. 1988).[1]  Accordingly, this Court **adopts** the Magistrate Judge's pretrial detention order.  Defendant's appeal of the Magistrate Judge's order of detention is **denied**.

**DONE** this 4th day of March 2016.

 s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE

---

[1] Fed. R. Crim. P 59(a) ("Nondispositive Matters. …The district judge must consider timely objections [to the Magistrate Judge's order] and modify or set aside any part of the order that is contrary to law or clearly erroneous."); 28 U.S.C. § 636(b)(1)(A) ("A judge of the court may reconsider any pretrial matter under this subparagraph (A) where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.").