IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA     *

    vs.     * CRIMINAL NO. 16-00040-KD-N

CLARENCE EDWARD EVERS, JR.,   *

    Defendant.     *

## ORDER

This matter came before the undersigned on April 18, 2016 for a pretrial conference. Present at the conference were Dennis Knizley, Esq., counsel for defendant and Assistant United States Attorney Sean Costello. Counsel made a joint oral motion to continue the trial of this matter from its current May 2016 setting to the September 2016 criminal term. As grounds for the motion, AUSA Costello noted that this case contains voluminous evidence. Specifically, AUSA Costello advised that the search warrant on Evers' home yielded a "Titanic amount of data", including 7 hard drives, containing 24 terabytes of data (compressed), and 60-70 devices, including computers, thumb drives and hard drives. Costello estimates that the volume of evidence seized exceeds that of any similar case he has worked on as an AUSA. In addition, counsel for Defendant noted that Evers is quite computer literate and will certainly want to review the United States' discovery himself. This task will be complicated by the fact that Evers is currently detained in the Baldwin County Jail pending trial in this matter.

As such the parties seek a continuance of 120 days (4 months) in which to review the materials and prepare for trial.

The undersigned finds that the ends of justice served by continuing this action for four (4) months outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C.A. § 3161(h)(7)(A).  Specifically, the continuance is warranted  to enable counsel to review discovery, consult with his client and to adequately prepare this case for trial or other resolution. 18 U.S.C.A. §3161(h)(7)(A).  Under these circumstances, the joint motion to continue is **granted** and this case is hereby CONTINUED to the **September 2016** criminal term.  For purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

This continuance is contingent upon defendant and counsel filing a Speedy Trial Waiver on or before  **April 25, 2016**. [1]  The Clerk is directed to refer this matter to Magistrate Judge William Cassady to set a pretrial conference in August 2016.

ORDERED this the 18th day of April 2016.

/s/ Katherine P. Nelson
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The waiver shall include language which reflects that (A) counsel has discussed the reasons for seeking a continuance with Defendant; (B) Defendant understands that the time requested in the motion to continue trial of this matter will be excluded from any calculations of time under the Speedy Trial Act; and (3) with this understanding and knowledge, Defendant agrees to a continuance of this action to the September 2016 criminal trial term.