UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
__SOUTHERN__ DIVISION

UNITED STATES OF AMERICA

VS.                                          Cr. Action No.: 16-40

Clarence Evers

Defendant.

### WAIVER OF RIGHT TO A SPEEDY TRIAL

I understand that I have the right to have my trial commence within the time required by the Speedy Trial Act, 18 U.S.C. §§ 3161-3174, but have elected to have that time period extended.

I, being fully advised of my rights regarding a speedy trial, knowingly, intelligently and voluntarily waive (GIVE UP) my right to a speedy trial. This decision has been made after I:

(A) was advised by my attorney of the reasons for seeking a continuance;

(B) became aware that the time requested in the extension may be excluded from any calculation of time under the Speedy Trial Act; and

(C) with full understanding and knowledge, have agreed to the extension of time that has been requested.

I certify under the penalty of perjury that the foregoing is true and correct on this the 10th day of August, ~~2015~~, 2016

X _____
DEFENDANT' NAME

APPROVED BY:

_____ Jason Darley/Dennis Knizely
ATTORNEY'S NAME
ATTORNEY FOR DEFENDANT