# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 16-00040-KD-N |
| | ) |
| CLARENCE EDWARD EVERS, JR., | ) |
|     Defendant. | ) |

## ORDER SETTING PRETRIAL CONFERENCE

This action has been continued to the Court's February 2017 criminal trial term. (*See* Doc. 32). Accordingly, the Defendant is hereby set for a pretrial conference pursuant to Federal Rule of Criminal Procedure 17.1 and S.D. Ala. CrLR 17.1(b) before the undersigned Magistrate Judge at **9:00 a.m.** on **Thursday, January 12, 2017**, in **Courtroom 3B** of the United States Courthouse at 113 St. Joseph Street, Mobile, Alabama 36602.[1] The provisions governing pretrial conferences set forth in the Court's Order on Arraignment (Doc. 20) remain in effect.

**DONE** and **ORDERED** this the 10th day of August 2016.

                                        */s/ Katherine P. Nelson*
                                        **KATHERINE P. NELSON**
                                        **UNITED STATES MAGISTRATE JUDGE**

---

[1] *See* S.D. Ala GenLR 72(a)(2)(N) (authorizing the magistrate judges of this district to conduct proceedings and issue orders under Fed. R. Crim. P. 17.1).