IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| vs. | * CRIMINAL NO. 16-00040-KD-N |
| CLARENCE EDWARD EVERS, JR. | * |
| Defendant. | * |

ORDER

This matter came before the undersigned for a pretrial conference on January 12, 2017. Present at the conference were Jason Darley, Esq., counsel for Defendant and Assistant United States Attorney Maria Murphy. At the conference counsel for Defendant made a motion to continue the trial of this matter to the next criminal term. As grounds for the motion, counsel advised additional time is needed to consult with his client and to prepare this case for trial or other resolution. AUSA Murphy advised that the United States has no objection to the requested continuance.

Based on the foregoing, the undersigned finds that the ends of justice served by continuing this action to the next criminal term outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C.A. § 3161(h)(7)(A). Specifically, the continuance is warranted to enable counsel to consult with his client and to prepare for the trial or other resolution of this matter. 18 U.S.C.A. §3161(h)(7)(A).

Under these circumstances, and upon consideration of the motion to continue is **granted** and this case is hereby CONTINUED to the  **March 2017** criminal term.  For purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).  The continuance is contingent upon defendant and his counsel filing a Speedy Trial Waiver on or before **January 24, 2017**. [1]

 The pretrial conference is reset before the undersigned on **February 14, 2017 at 9:00 a.m. in Courtroom 3B.**

ORDERED this the 20th day of January 2017.

/s/ Katherine P. Nelson
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The waiver shall include language which reflects that (A) counsel has discussed the reasons for seeking a continuance with Defendant; (B) Defendant understands that the time requested in the motion to continue trial of this matter will be excluded from any calculations of time under the Speedy Trial Act; and (3) with this understanding and knowledge, Defendant agrees to a continuance of this action to the March 2017 criminal trial term.