```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

**UNITED STATES OF AMERICA**        :
                                     :
**vs.**                              :   CRIMINAL NO. 16-00040-KD-B
                                     :
**CLARENCE EDWARD EVERS,**           :
                                     :
**Defendant.**                       :

## ORDER

Pursuant to Magistrate Judge Katherine P. Nelson's order dated February 23, 2017 (Doc. 41), this action has been **CONTINUED** to the **April 2017** criminal trial term, which commences with jury selection on April 3, 2017 at 8:30 a.m.  This action is hereby scheduled for a pretrial conference on **March 14, 2017,** at **10:30 a.m.,** in Courtroom 1A, before the undersigned United States Magistrate Judge.

**ORDERED** this **1st** day of **March, 2017.**

                              /S/ SONJA F. BIVINS
                         **UNITED STATES MAGISTRATE JUDGE**