**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIMINAL NO. 16-00040-KD** |
| | ) | |
| **CLARENCE EDWARD EVERS, JR.** | ) | |

## UNITED STATES' NOTICE OF INTENT TO INTRODUCE TESTIMONY OF EXPERT AT TRIAL PURSUANT TO RULE 16(a)(1)(G), FEDERAL RULES OF CRIMINAL PROCEDURE

COMES NOW the United States of America, by and through the United States Attorney for the Southern District of Alabama, and hereby gives notice of its intent to introduce testimony of an expert at trial, under Rules 702 and 703, Federal Rules of Evidence. *See also* Rule 16(a)(1)(G), Federal Rules of Criminal Procedure.

The United States intends to elicit the testimony of James Fottrell, Allison Boos, Joshua Storey, and James P. Mullooly with regard to their forensic examinations of digital evidence in this case. Ms. Boos, and Mr. Storey are Digital Investigative Analysts with the High Technology Investigative Unit of the Department of Justice's Criminal Division, Child Exploitation and Obscenity Section (CEOS). Mr. Fottrell is the Manager of the High Technology Investigative Unit at CEOS. Mr. Mullooly is a computer forensics and intelligence analyst as the Department of Homeland Security, Homeland Security Investigations. The United States intends to elicit testimony from the analysts concerning the forensic recovery of images and videos of child pornography, travel plans and records concerning trips to Thailand, internet browsing history, Usenet newsgroup activity, encryption, communication with individuals in Thailand,

user attribution, link files, file system and folder structure, and digital imaging.

The reports generated by each of the forensic analysts have previously been provided to the defendant through counsel, and the United States has made all information available to the defense, including their written and digital reports, digital attachments, videos, and images. Furthermore, the United States has made the raw data reviewed by the forensics analysts available for inspection by the defense. The United States will continue to make the information available. Copies of their current curricula vitae will be provided to the defendant through counsel under separate cover.

Respectfully submitted,

STEVE BUTLER
ACTING UNITED STATES ATTORNEY
By:

/s/ Sean P. Costello
Sean P. Costello (COSTS3753)
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama   36602