**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 16-00040-KD** |
| | ) | |
| **CLARENCE EDWARD EVERS, JR.** | ) | |

**UNITED STATES' SUPPLEMENTAL NOTICE OF INTENT TO INTRODUCE**
**TESTIMONY OF EXPERT AT TRIAL PURSUANT TO RULE 16(a)(1)(G), FEDERAL**
**RULES OF CRIMINAL PROCEDURE**

COMES NOW the United States of America, by and through the United States Attorney for the Southern District of Alabama, and in response to the defendant's objection that the previous notice was not sufficiently detailed, hereby gives this supplemental notice of its intent to introduce testimony of an expert at trial, under Rules 702 and 703, Federal Rules of Evidence. *See also* Rule 16(a)(1)(G), Federal Rules of Criminal Procedure. All of the reports, data, and underlying evidence have been made available to the defense.

The United States intends to elicit the testimony of Allison Boos, Digital Investigative Analyst with the High Technology Investigative Unit of the Child Exploitation and Obscenity Section of the Department of Justice's Criminal Division. Ms. Boos examined the following items:

1. "Western Digital 320GB," an image copy of a 320GB Western Digital hard drive; serial number WCAPD2754750; MD5 hash 8300cf07a4146899f54aa8cd152e60e6; contained within a Compaq desktop computer; created on September 2, 2015. (Evidence Item 52).

1

2. "Evers_CanonPS_32GBSD," an image copy of a 32GB Transcend Secure Digital (SD) card; MD5 hash 78a454e00a25dadbf84108f3f314d1e2; created on August 17, 2015. (Evidence Item 63D).

3. "Item64a-250gb" is an image copy of a 250GB Seagate drive from an Ultra mini portable hard drive enclosure; serial number 3ND0QC34; MD5 hash 26f90a4db68c6f6c941598ce1f7846bf; created on August 18, 2015. (Evidence Item 64A).

4. "lenovo-wd," an image copy of a 750GB Western Digital drive from a Lenovo ThinkPad laptop; Serial number WX11E23M9200; MD5 hash edb5869d078cd84e43c0e6f9d7e70eb0; created on August 17, 2015. (Evidence Item 02).

5. "LI005," an image copy of a 1TB Seagate hard drive; MD5 hash 2bcfa6a017bdf3c81d4dc5731d2f666b; created on April 23, 2015. (Evidence Item 05).

6. "160GB Dell Inspiron," an image copy of a 160GB Hitachi drive from a Dell Inspiron 9100 laptop; Serial number SJGVWPAE; MD5 hash 015af16cae2b29acab15755606b5a257; created on August 17, 2015. (Evidence Item 54).

7. "Evers_32GB_Transcend_CF," an image copy of a 32GB Transcend Compact Flash card; MD5 hash ad8e3e60c09bc97c196d108af3ad6637; created on August 18, 2015.

8. "IBMThinkPad120GB," an image copy of a 120GB Fujitsu drive from an IBM ThinkPad laptop; MD5 hash 0e300fa5917844160532be2eab756f8e; Serial number NT59T7A2PF9A; created on August 28, 2015. (Evidence Item 58)

9. "Seagate1TB," an image copy of a 1TB Seagate Barracuda hard drive in a black enclosure; serial number 5VX01RC5; MD5 hash 3fde1336d2112aa0fe0a9822cc27f2b0; created on August 27, 2015.   (Evidence Item 61B)

2

10. "Dell Inspiron 120GB" is an image copy of a 120GB hard drive (Evidence Item 55).

11. "120GB WD IDE HDD" is an image copy of a 12GB Western digital drive from a Dell Desktop Computer; Serial number WD-WMA8C2503677; MD5 hash 267f211b78a58cad22f961ab449233fa; created on June 23, 2015. (Evidence Item 69)

12. "NO15-SP048-EVERS 2GB SANDISK CRUZER MICRO" is an image copy of a 2GB SanDisk Cruzer micro thumb drive; MD5 hash 745f5424b7dd1826897e9cae7b74e91b; created on June 12, 2015. (Evidence Item 69)

13. "Item64b-250gb" is an image copy of 250GB Seagate drive from an Ultra mini portable hard drive enclosure; serial number [UNKNOWN]; MD5 hash ce0c3a7ec6ac2b8e1b6ab78eb38a77e4; created on August 18, 2015. (Evidence Item 64B)

14. "Evers_CanonPS_128MBSD"is an image copy of a 128MB SD card; MD5 hash 2b564f4226edf014f04443c2bbf43941; created on August 17, 2015. (Evidence Item 63A)

15. "Evers_CanonPS_4GBBSD"is an image copy of a 4GB SD card; MD5 hash 2facc408647e27f2eb6a166a3004d2a2; created on August 17, 2015. (Evidence Item 63B)

16. "Evers_CanonPS_8GBBSD"is an image copy of a 8GB SD card; MD5 hash 0d67cd3c123da5e8c3e1570341e5a844; created on August 17, 2015. (Evidence Item 63C)

17. "Evers_CanonPS_32GBBSD"is an image copy of a 32GB SD card; MD5 hash d25d99bfa5c3cd1937cb95d703629f52; created on August 18, 2015. (Evidence Item 63E)

18. "8GB-a SD card" is an image copy of an 8GB SD card; MD5 hash 45cd6297406f0035761bc1fe583377c; created on August 18, 2015. (Evidence Item 38A)

19. "8GB-b SD card" is an image copy of an 8GB SD card; MD5 hash 45cd6297406f0035761bc1fe583377c; created on August 18, 2015. (Evidence Item 38B)

3

20. "8GB-c SD card" is an image copy of an 8GB SD card; MD5 hash 45cd6297406f0035761bc1fe583377c; created on August 18, 2015. (Evidence Item 38C)

21. "8GB SD card" is an image copy of an 8GB SD card; MD5 hash 10c15ec67f0e56ed11594e996db9217; created on August 18, 2015. (Evidence Item 38D)

22. "16GB SD card" is an image copy of a 16GB SD card; MD5 hash 31af816f35822458161b29f5c756056; created on August 18, 2015. (Evidence Item 38E).

23. "32GB Lexar MicroSD" is an image copy of a 32GB microSD card; MD5 hash 479f4d07f7030cf0d1a03d60f4b01899; created on August 18, 2015. (Evidence Item 38F)

24. "Evers_4GB_SanDiskExtreme_CF" is an image copy of a 4GB SanDisk Compact Flash card; MD5 hash e41dd8bb46814ba756aae06c7a68132f; created on August 18, 2015. (Evidence Item 38G)

25. "Evers_8GB_SanDiskExtreme_CF" is an image copy of a 8GB SanDisk Compact Flash card; MD5 hash 3090d505f08dc1a1c59e3691d9c06860; created on August 18, 2015. (Evidence Item 38H)

26. "8GB Black SD Card" is an image copy of a black 8GB SD card; MD5 hash a5a0f14a094e306026c555495f9de0a4; created on August 18, 2015. (Evidence Item 09A)

27. "Evers_16GB_Lexar_CF" is an image copy of a 16GB Lexar Compact Flash card; MD5 hash a5a0f14a094e306026c555495f9de0a4; created on August 18, 2015. (Evidence Item 09B)

28. "Evers_32GB_Transcend_CF_A" is an image copy of a 32GB Transcend Compact Flash card; MD5 hash 74bcbcb4bf57c65ee2b680412475b7fe; created on August 18, 2015. (Evidence Item 09C)

4

29. "Evers_32GB_Transcend_CF_B" is an image copy of a 32GB Transcend Compact Flash card; MD5 hash e4aa497a9f7c3e921c19a44ab7a60c93; created on August 18, 2015. (Evidence Item 09D)

30. "Evers_4GB_AttacheThumb" is an image copy of a 4GB PNY Attaché thumb drive; MD5 hash 2ff519d48bdf42eb2d1e0ea41b1157cd; created on August 18, 2015. (Evidence Item 11)

31. "MO07QL15BK0003-EVERS 4GB PNY RED THUMBDRIVE" is an image copy of a red 4GB PNY thumb drive; MD5 hash a2fa34febddacda379ace370d8f48481; created on June 11, 2015. (Evidence Item 66)

32. "NO15-SP043-EVERS 8GB PNY SDHC CARD" is an image copy of a 8GB PNY Optima Pro SD card; MD5 hash e4267b6bacc29e114f1bfb54f036b83b; created on June 11, 2015. (Evidence Item 67)

33. "NO15-SP050-EVERS 2GB FAKE IPOD SHUFFLE" is an image copy of a 2GB digital media device; MD5 hash 2483ffdc0e9e73806cc5d146c651a7d5; created on June 12, 2015. (Evidence Item 68)

34. "NO15-SP047-EVERS 4GB PNY ATTACHE #2" is an image copy of a 4GB PNY Attaché thumb drive; MD5 hash 74ac55c189f7809787ddc77e0d229c2d; created on June 12, 2015. (Evidence Item 70)

35. "NO15-SP042-EVERS 4GB PNY ATTACHE USB" is an image copy of a 4GB PNY Attaché thumb drive; MD5 hash bcdcc77040986fd1007bb971a5fddde5; created on June 11, 2015. (Evidence Item 71)

36. "NO15-SP049-EVERS 4GB PNY ATTACHE W_PHONE NUMBER" is an image

5

copy of a 4GB PNY Attaché thumb drive; MD5 hash 90dd2e67ec8db3db06e915fef534bfe3; created on June 12, 2015. (Evidence Item 72)

37. "NO15-SP046-EVERS 64GB SCT SDXC CARD" is an image copy of a 64GB SCT Classic SDXC Card; MD5 hash d0e08cf90ce7dc9716ff30073f34b9a4; created on June 11, 2015. (Evidence Item 73)

38. "LI006-1 1TB Blk My Passport WD Ext" is an image copy of a 64GB SCT Classic SDXC Card; MD5 hash 91a4a5c046875c7db560d4d12236f149; created on May 11, 2015. (Evidence Item 74)

39. "Seagate250GB" is an image copy of a 250GB Seagate Barracuda 7200 hard drive in a black enclosure; serial number 5ND52X1N; MD5 hash 060d9e2a214c2ae550c26365f7a191ce; created on August 27, 2015. (Evidence Item 61A)

40. "Seagate4TB" is an image copy of a 4TB Seagate hard drive in a black enclosure; serial number Z3010RQN; MD5 hash de0e2245b69ccd826c9ab48c43a31908; created on September 1, 2015. (Evidence Item 57B)

41. "16GB pink USB drive" is an image copy of a 16GB pink USB drive; MD5 hash 4c9a67cf599cd08293efdde55f44799f; created on August 18, 2015. (Evidence Item 31B)

42. "Evers_40GB_Desktop" is an image copy of a 40GB Hard drive from an Antec desktop computer; MD5 hash b6fb57bfbb7923ca8c227627dffd3da6; created on September 16, 2015. (Evidence Item 51)

From Item 1, above, Ms. Boos recovered 242 images extracted from the Windows thumbnail cache file located at "\Users\BE-Win7\AppData\Local\Microsoft\Windows\Explorer\ thumbcache_256.db." These images includes images of minors engaged in sexually explicit

conduct. Ms. Boos also identified the file attributes of the single thumbcache file, including file name, file path, logical size, creation date, and last modified date.

Also from Item 1, above, Ms. Boos recovered the Firefox web cache located under the folder "\users\BE-Win7\AppData\Local\Mozilla\Firefox\Profiles\febeprof.be\Cache\" which includes 42 images of what appears to be minors engaged in sexually explicit conduct. All the files were downloaded from the website imgsrc.ru. Ms. Boos will also testify to the data she located concerning the file attributes of the images including file name, URL, file path, logical size, creation date, and last modified date. The files were created between August 31, 2011 and January 6, 2013.

Also from Item 1, Ms. Boos recovered images from unallocated space of thousands of images of minors engaged in sexually explicit conduct. A review of the images recovered from unallocated space identified a large number of images that appear to depict the same location based upon the furniture, bedding, and individuals depicted in each image.

Some of these images contain a blue blanket with a distinctive pattern. A video file identified on Item 3, the 250GB Seagate external disk drive from an Ultra mini portable hard drive enclosure; serial number 3ND0QC34; MD5 26f90a4db68c6f6c941598ce1f7846bf; created on August 18, 2015, contains a video file named "MVI_4615.MOV" that includes a video segment where the same or similar blanket is visible. Ms. Boos will also testify to the file attributes for the recovered files, including file size and the physical location on the disk from which the file was recovered. Other images recovered from unallocated space appear to show Mr. Evers in various locations in Thailand. Three of the images show Mr. Evers, clothed, lying or sitting on a bed. Forty-six images of Mr. Evers, along with the file attributes for the recovered

7

files, including file size and the physical location from which the file were recovered.

Also from Item 1, Ms. Boos recovered and reviewed the Internet Explorer browser history "C:\Users\BE-Win7\AppData\Local\Microsoft\Window s\History." Additionally, a search was conducted to identify web browsing activity in unallocated space and other locations where web browsing activity could be stored. This activity included access to images and videos located on drive letters I, J, U, Y and Z between October 7, 2007 and January 6, 2013 and included file names with names indicative of child pornography. Examples of sexually explicit file names includes: "file:///I:/ZZ-108- 2 12yo boys in bed.avi.001", "file:///I:/Bibcam - Dennis 09yo hot01 (9yo gives webcam performance to boylover group).avi", "file:///I:/4yo Vlasta toddler boy and man sex 1-4.mpg", "file:///U:/FromI/OH/ Pre/(Shota) 8Yo Boy In Car Cut-0m50S.avi", "file:///I:/4yo Vlasta toddler boy and man sex 1-4.mpg", "file:///U:/FromI/OH/Pre/(boy)(13yo) Webcam - Hill13.avi", and "file:///Z:/TH Vids/boy_8yo_12_15_very_ good_no2.avi." Images were also accessed under folders with names including word "imgsrc."

Ms. Boos also recovered records of a user navigating to files and folders specific to Mr. Evers. An example of this a user browsing to the file located at "file:///I:/4yo Vlasta toddler boy and man sex 1-4.mpg" at 2:10 PM on July 25, 2008, and then navigating to a file at "file:///C:/Documents and Settings/Bud/My Documents/Salary Schedule 2008.xls" less than an hour later at 3:11PM on the same day. On July 25, 2008, at 3:08 AM, and entry related to music playlist named "file:///C:/Documents and Settings/Bud/ Desktop/current.m3u" is followed by an entry of a video file named "file:///I:/Bibcam - Tyrone - Cutest 11Yo Jo.avi.001" being viewed at 4:11 AM. A complete listing of all the browsing activity has been turned over in Ms. Boos's written report, as well as a listing of the subset of records to non-C drives.

8

Thirty-six of the file names under "Z:/imgsrc" match those seen in the Firefox cache noted above, with the last visited date in the file browser records shortly following download date from the cache records. Ms. Boos also identified the 36 records matching the Firefox cache.

Also From Item 1, Ms. Boos examined link files and jump lists, which are artifacts created by the Windows operating system. Link files contain information about the opened or viewed file or folder including name, path location, volume label, and date/time attributes. "Jump lists" include similar information about recently accessed files for specific programs. A search for these types of records was conducted the results and include files recovered from unallocated space, backup files, and jump lists. 1,263 LNK file records with paths to drive letters I, K, U, Y, Z were identified, mostly recovered from unallocated space or from a shadow copy (a backup copy, created by the operating system). Many of the file names match those seen in the Internet Explorer history. The records for the files in the "I" drive indicate its volume label as "TCPrimary" The records for the files in the "K drive indicate the volume label as "HD02Part2Encr." Ms. Boos will testify that TC appears to be an abbreviation for "TrueCrypt" and "HD02Part2Encr" means Hard Disk02, Partition 2, encrypted. These appear to be non-default names. A spreadsheet with link file information has been included in Ms. Boos's written report.

Also from Item 1, Ms. Boos was able to reconstruct a partial folder structure for the drives accessed by the computer user. That folder structure has been provided in Ms. Boos's written report.

Also from item 1, Ms. Boos discovered evidence that the open source encryption software, TrueCrypt, was installed on the system on September 20, 2009 under the folder

9

C:/Program Files/TrueCrypt. CCleaner is a tool used to clean potentially unwanted files, including online activity records and registry key values. CCleaner appears to have been installed on November 24, 2010, under the folder C:/Program Files/CCleaner. Eraser is a program that can overwrite deleted files so they cannot be recovered by forensics tools. Eraser appears to have been installed on November 5, 2010 under the folder C:/Program Files/Eraser. LNK shortcut files on both the Desktop of user "BE-Win7" and under the Start Menu link to all 3 programs. The registry stores information about programs that the operating system is start up to automatically when the machine is restarted. This operating system is configured to run both TrueCrypt and Eraser on start up.

From Item 2, above (Evers_CanonPS_32GBSD), Ms. Boos recovered an image from unallocated space on the card. Ms. Boos will testify that the image depicts a young boy sitting on a chair masturbating. She will also testify concetning the file attributes for the image, including the physical sector where the file was located, and file size in bytes. The image includes a distinctive wall covering and bench that match the bedroom in the video identified below in Item 4. A screenshot from that video is also included in her report. Ms. Boos will also testify concerning the folder structure of the SD card. Specifically, the folder named "100EOS5D" is consistent with default naming patterns of a Canon EOS 5D digital SLR camera. The folder contains entries for 439 JPG images and 64 Canon large Raw images in CR2 format. The images on this SD card are deleted, but information about the files that previously existed still exists. Ms. Boos will testify about the file attribute listings for the deleted files under the "100EOS5D" folder, including file name, file path, logical size, creation date, and last modified date. The files appear to have been created between July 22 and July 25, 2014. Furthermore, Ms. Boos will

testify about large overwritten files on the SD card. Under the main directory, 31 files with similar names and sizes totaling over 30 gigabytes in size were last written on July 28, 2014. These files would have written over space marked as unallocated, including space previously occupied by deleted files.

From Item 3, an image copy of a 250GB Seagate drive from an Ultra mini portable hard drive

enclosure; serial number 3ND0QC34; MD5 26f90a4db68c6f6c941598ce1f7846bf; created on August 18, 2015, Ms. Boos will testify that she recovered 7 videos of minors engaged in sexual activity found in the folder "C:/Recycled". Ms. Boos will testify to the file attributes of the seven recovered videos, including file name, file path, logical size , creation date, and last modified date. The files were created on March 31, 2006. According to the information contained in the file named "INFO2", these files located in the recycle bin were previously named:

"E:\Divx\In\Andr_part.wmv", "E:\Divx\In\Bibcam

Fred 13 Jo Cum So Cute.avi", "E:\Divx\In\Boner0170(TH).mpg",

"E:\Divx\In\Boner0174F.mpg",

"E:\Divx\In\boy_8yo_12_15_very_good_no2.mpg", "E:\Divx\In\boyorgi2.mpg", and

"E:\Divx\In\(1Gen).mpg."

From Item 4, an image copy of a 750GB Western Digital drive from a Lenovo ThinkPad laptop; Serial number WX11E23M9200; MD5 edb5869d078cd84e43c0e6f9d7e70eb0; created on August 17, 2015, Ms. Boos will testify that she recovered images and videos that are consistent with being produced in Thailand.   A video filmed and narrated by Mr. Evers depicts a tour of his rental

property in Thailand. The video named "MVI_4615.MOV" was located in the folder "\Users\Registered user\Desktop\temp". The video attributes include information that it was created on June 30, 2014. A folder named "\Users\Registered User\Documents\!TH14" contains image created between June 24, 2014 and July 28, 2014. The photos are consistent with having been taken in Thailand. 183 of the images include additional information indicating they were taken with a Canon PowerShot ELPH 300 HS camera and have the naming convention "IMG_" followed by 4 digits, followed by a description (e.g. "IMG_4857-Jao_Mae_Temple.JPG"). 702 of the images include additional information that they were taken with a Canon EOS 5D Mark III camera. These follow a similar naming convention with "5D1_" followed by 4 digits, followed by an optional description. 333 of the 702 images appear to be duplicates that have been resized. Embedded within each of the "5D1_" jpeg image files from the Canon 5D camera is a small jpeg thumbnail that is consistent in appearance and dimensions with the image found on item 2. The size of the images is 120 x 160 pixels and has black bars of 6 pixels high along the 160 pixel length edges. This is consistent with previews created for display on the screen of the camera itself. Ms. Boos's written report 18 contains the entire contents of the folder "\Users\Registered User\Documents\!TH14" folder, along with the file attribute listings of the files and folders contained, including file name, file path, logical size, creation date, and last modified date. It also contains a sample of 10 of the extracted thumbnail images and their file attributes,

including the offset at which they were found in the original image.

     Also from Item 4, Ms. Boos will testify about the Internet Explorer browser history. The Internet Explorer browsing history includes activity of viewing files located on drives assigned

letters Z and Y, and include files named indicative of child pornography. Records of browsing history on the Y and Z drives created between April 13, 2014 and July 28, 2014 were extracted to a spreadsheet and are included in Ms. Boos's written report. File names include explicit terms related to child pornography, such as the following:

- file:///Y:/Decrypted-Round 2/(1gen) Thai boy 13yoX14yo burning time (edit).avi

- file:///Y:/Decrypted-Round 2/!!New Chiharu (pthc), long fuck of 12yo, she gets noisy.mpg

- file:///Y:/Decrypted-Round 2/Lovely Angels'poem Part 9 (10 To 13 Yo Thai Boys)+++.mpg

- file:///Z:/thai boys 13, 12, 11, and 10 suck and fuck each other!! HOT.mpg

- file:///Z:/Pre/11yo boy bound and forced to suck man's cock.mpg

Files under the "Z:/!02-Unsort" folder appear to have naming conventions default to the original camera, such as "5D1_" or "IMG_" followed by 4 digits or letters. Files in the "Z:/!03-Sorted-Pix" and "Y:/TH/TH2011/!Sorted-Pix" folders appear to have descriptions appended on to the end of the default names, such as the following:

- IMG_5196-O+Em+Top.JPG

- IMG_5299-Frang+Chub.JPG

- ☐ IMG_B220-Tam+Em+Bank-Chair.JPG

Also from Item 4, Ms. Boos will testify about link files found on the drive. 268 LNK format records with paths to drive letters Y and Z were discovered, either as individual files or embedded in a volume shadow copy. Many of the file names match those seen in the Internet

13

Explorer history. Many of the videos include the volume label for the files under the Z drive as "ENCR-Vids". A spreadsheet with extracted link information has been provided in Ms. Boos's written report. Using the paths in the LNK files and Internet Explorer history, Ms. Boos was able to reconstruct a partial folder structure for the drives that were previously browsed by the system.

From Item 5, LI005, hundreds of thousands of images and videos were carved out of unallocated space. 528 thumbnail-sized images of suspected child pornography were found carved out of unallocated space. Ms. Boos recovered the file attributes of the carved images, including file size and physical location from which it was carved. Some pictures' backgrounds match images from ITEM 6 "TK2K8-Vacation Pix" folder, discussed below. Also found in the files carved out of unallocated space were 595 images and 5 videos taken in what appears to be Thailand. Some of the images match those found in ITEM 4 above. Some of the Jpeg image files include Exif data. Based on that data the photos were taken between May 27, 2006 and July 26, 2006. Ms. Boos's written report contains the 595 images and 5 videos the file attributes of the carved files, including file size and location from which it was carved, and Exif data for the files that contain it. Also on Item 5, Ms. Boos located Internet explorer history showing activity visiting the site imgsrc.ru under sections indicating possible child pornography between August 3, 2010 and September 25, 2010.

From Item 6, a 160GB Dell Inspiron, Ms. Boos located a folder under the location "C:\Documents and Settings\Bud\My Documents\TH2K8-Vacation Pix" which contains 164 images and 8 videos that appear to have been taken in Thailand. The last modified dates, as well as the date taken stored in the Exif data of the Jpegs, show all but 1 of images and videos taken between June 2, 2008 and July 21, 2008. One of the images shows as being taken on April 20,

2008. The Exif data for the Jpeg images indicates that the images were taken by two Canon

cameras: a "Canon EOS DIGITAL REBEL XT" and a "Canon PowerShot SD1000."

Specifically, the following images show bedding, beds and other areas of a room that appear to

match those in suspected production images on ITEM 1, ITEM 2, and ITEM 5:

- IMG_0259.JPG

- IMG_0025.JPG

- IMG_0023.JPG

- IMG_0022.JPG

- IMG_0021.JPG

Also on Item 6, TrueCrypt appears to have been installed on the device under the folder

C:/Program Files/TrueCrypt. Eraser is a program that can overwrite deleted files so they cannot

be recovered by forensics tools. Eraser appears to have been installed under the folder

C:/Program Files/Eraser.

From Item 7, an image copy of a 32GB Transcend Compact Flash card; MD5

ad8e3e60c09bc97c196d108af3ad6637; created on August 18, 2015, Ms. Boos will testify about

recovered photos from a Canon 5D camera. Images in the folders "DCIM/100EOS5D" and

"DCIM/101EOS5D" include EXIF data indicating the source of the images as a Canon 5D Mark

III DSLR camera. Embedded within the jpeg images are thumbnails that are consistent in

appearance and dimensions with the image found on item 2. All images include a 120 x 160

pixel thumbnail and have black bars of 6 pixels high along the 160 pixel length sides of the

image. Examples of 5 jpeg images with the corresponding extracted smaller jpeg thumbnail

images are contained in Ms. Boos's written report. The image files were created on October 11,

2014 and December 6, 2014.

From Item 8, an IBM ThinkPad 120GB, Ms. Boos found evidence of the installation of TrueCrypt on November 1, 2010 under the folder C:/Program Files/TrueCrypt. CCleaner is a tool used to clean potentially unwanted files, including online activity records and registry key values. CCleaner appears to have been installed on the device on November 1, 2010 and updated on October 22, 2012, under the folder C:/Program Files/CCleaner. Eraser is a program that can overwrite deleted files so they cannot be recovered by forensics tools. Eraser appears to have been installed on November 1, 2010 under the folder C:/Program Files/Eraser. In addition to the standard C: partition with the file system, the disk contains a second partition of about 32GB read as unallocated data unrecognized as containing any known file system or files. The partition is suspected to be a TrueCrypt encrypted partition, based on evidence of TrueCrypt installation identified above.

On Item 9, a Seagate 1TB drive, A 50GB file titled "TC01.DAT" was found on the main drive of the system. The contents appear unreadable. The naming "TC" likely stands for "TrueCrypt" and the file is an encrypted container. Ms. Boos recovered the TrueCrypt container file, as well as a listing of its file attributes, including file name, file path, logical size, creation date, and last modified date. The file was created on February 13, 2010.

On Item 10, a Dell Inspiron 120GB, Ms. Boos identified a 1GB file with the name "tc1.tc" approximately 1GB in size was found in the location "C:\Documents and Settings\bevers\My Documents." The file appears to be encrypted. tc likely stands for TrueCrypt. Attachment 10A contains the extracted file and file attributes, including file name, file path, logical size, creation date, and last modified date. The file was created on November 19, 2013.

16

Also on Item 10, Ms. Boos found that TrueCrypt appears to have been installed on the device on November 20, 2013 under the folder C:/Program Files/TrueCrypt. CCleaner is a tool used to clean potentially unwanted files, including online activity records and registry key values. CCleaner appears to have been installed on October 22, 2012, under the folder C:/Program Files/CCleaner Chrome records show that a Truecrypt executable file was downloaded on November 20, 2013 under user "bevers."

Also on Item 10, Windows explorer browser activity found in Internet Explorer history file "index.dat" and carved out of unallocated space and the pagefile shows the user browsing to downloaded into folders titled imgsrc located both under the user "bevers"'s Download folder, and on an external drive "Z". Data stored by Google analytics which was parsed out of the pagefile recovered web page titles for some of the imgsrc.ru URLs, including the following:

- Bibcam on teros1234.iMGSRC.RU @ iMGSRC.RU

- Something for boy lovers on kingofloils.iMGSRC.RU, 2092577914_f96ccecd56_o.jpg @ iMGSRC.RU

On Item 11, a 120GB WD IDE hard drive, Ms. Boos found that TrueCrypt appears to have been installed on the device on November 17, 2007 under the folder C:/Program Files/TrueCrypt. Eraser is a program that can overwrite deleted files so they cannot be recovered by forensics tools. Eraser appears to have been installed on July 28, 2007 under the folder C:/Program Files/Eraser. File attributes of the executables and web activity regarding the downloads of these programs was produced in her written report. Also, A LNK shortcut file to the TrueCrypt executable was found on the Desktop which was last accessed August 1, 2008. Two LNK shortcut files were carved out of unallocated space directing at the following paths:

17

- I:\OH\bibcam ThunderBoy.avi.001

- I:\OH\Krivon-Artim&friend.mpg.001

On Item 12, NO15-SP048-EVERS 2GB SANDISK CRUZER MICRO, Ms. Boos found a portable installation of the Eraser software. Eraser Portable is a secure data removal tool that runs directly from a USB thumbdrive. It is a repackaged version of the Eraser tool that does not require installation to run. Eraser Portable can be used to delete and wipe data areas after deletion, so the files cannot be recovered. The tool Eraser Portable executable was created on December 25, 2006 and located at C:\PortableApps\EraserPortable The TrueCrypt program was also found on this thumb drive was created on May 24, 2008 located at C:\Truecrypt.

On Item 13, Item 64b-250gb (evidence item 64B), Ms. Boos found that The entire device appears to be unrecognized to either contain a file system or recognized files, but contains non-zero data. Based on evidence of installation of TrueCrypt on other devices it is suspected that this disk is fully encrypted.

Ms. Boos found no evidence of sexually explicit images or videos of minors on items 14 through 42. In sum, Ms. Boos's conclusions are:

1. There is evidence that the computer user accessed web sites including imgsrc.ru to download sexually explicit images of minors.

2. There is evidence that sexually explicit images of minors were produced in Thailand and stored on the 320GB Western Digital hard drive (ITEM 1), the 32GB SD card from a Canon Powershot camera (ITEM 2), and a 1TB Seagate hard drive (ITEM 5).

3. There is evidence that sexually explicit images and videos of minors were viewed by the computer user.

4. The use of encrypted containers, partitions, and entire disks conceals content, limiting further analysis.

The United States also intends to elicit the testimony of Joshua Storey, Digital Investigative Analyst with the High Technology Investigative Unit of the Child Exploitation and Obscenity Section of the Department of Justice's Criminal Division. Mr. Storey examined the following items:

1. "Evers_Desktop_3TB_Segate.E01" (line item 3A) is a forensic image copy of a 3TB Seagate hard drive; serial number Z1F20140; MD5 hash 8b9ccaa6544741e9127264d51a12a26d; contained in inventory item 3 (Silver and Black Desktop Computer); created by Digital Investigative Analyst Allison Boos on September 1, 2015.

2. "Evers Desktop_2TB Seagate.E01" (line item 3B) is a forensic image copy of a 2TB Seagate hard drive; serial number 9WM42JXG; MD5 hash 8231c7f5baffefef557af64671a9768f, contained in inventory item 3 (Silver and Black Desktop Computer); created by Digital Investigative Analyst Allison Boos on August 27, 2015.

3. "Evers_Desktop_2TB_WD.E01" (line Item 3C) is a forensic image copy of a 2TB Western Digital hard drive; serial number WCAVY4316125; MD5 hash 052e8938e75e1c4ecdf5cb6e507bf338; contained in inventory item 3 (Silver and Black Desktop Computer); created by Digital Investigative Analyst Allison Boos on August 28, 2015.

4. "Evers_Desktop_500GB_WD.E01" (line item 3D) is a forensic image copy of a 500GB Western Digital hard drive; serial number WD-WCA580202872; MD5 hash 89e907b2c00b0ad0da08db37a7ea8a95; contained in inventory item 3 (Silver and Black Desktop Computer); created by Digital Investigative Analyst Allison Boos on August 26, 2015.

19

5. "Western Digital HD 500GB.Ex01" (line item 6B) is a forensic image copy of a 500GB Western Digital hard drive; serial number WCAPW4207990; MD5 hash 6dabbf1 c2ea0b9d363c9d7be773b68a8; contained in inventory item 6; created by Digital Investigative Analyst Joshua Storey on September 15, 2015.

6. "Black Ultra 300GB.Ex01" (line item 7A) is a forensic image copy of a 300GB Maxtor external hard drive; serial number L60MX9OH, MD5 hash e1907ea69a0043259876c85d307aa1b0; created by Digital Investigative Analyst Joshua Storey on September 14, 2015.

7. "WD Passport 2TB.E01" (line item 7B) is a forensic image copy of a 2TB Western Digital Passport external hard drive; serial number WXQ1E13NNJP4; MD5 hash 91a4a5c046875c7db560d4d12236f149; created by Digital Investigative Analyst Joshua Storey on September 10, 2015.

8. "Western Digital extHD 750GB.Ex01" (line item 7C) is a forensic image copy of a 750GB Western Digital external hard drive; model number 07TEVT; serial number 57442D575848304136395033363031; MD5 hash cfb27bc1b493a6faeeda257649475889; created by Digital Investigative Analyst Joshua Storey on September 11, 2015.

9. "Western Digital External 750GB.Ex01" (line item 7D) is a forensic image copy of a 750GB Western Digital external hard drive; serial number WX0A79C0430; MD5 hash 388a54b189fe617ce21c4ddcc2e03b80; created by Digital Investigative Analyst Joshua Storey on September 11,2015.

10. "Western Digital External HD 750GB.Ex01" (line item 7E) is a forensic image copy

of a 750GB Western Digital external hard drive; serial number WX1A8239192; MD5 hash deda28bd94f2a9ff5f8593675869fe4d; created by Digital Investigative Analyst Joshua Storey on September 11, 2015.

11. "Hitachi External HD 250GB.E01" (line item 7F) is a forensic image copy of a 250GB Hitachi external hard drive; model number HT5543225L9A300; MD5 hash a8740afc26e19363a8e1c7dae1309248; created by Digital Investigative Analyst Joshua Storey on September 11, 2015.

12. "LION Seagate 250GB IDE HDD.E01" (line item 8) is a forensic image copy of a 250GB Seagate hard drive; serial number 21cc0e007f713500; MD5 hash c715fa13f3670d21590b2e63acac4d8b, created by Computer Forensic Analyst Mullooly (New Orleans) on April 28, 2015.

13. "LI013 64GB SD Card.E01" (line item 13) is a forensic copy of a 64GB SD card; taken from a Canon Digital SLR Camera; MD5 hash 7a9bdb4e1e674e7378db4eaa26a40c5b; created by Computer Forensic Analyst Mullooly (New Orleans) on August 28, 2015.

14. "N015-DP055-EVERS 16MB SMART MEDIA CARD.E01" (line item 14) is a forensic copy of a 16MB Smart Media Card; taken from a Fujifilm MX-700 digital camera; serial number 8211990; MD5 hash leb437cbc814e0df2b3dc7lefc8f0a3d; created by Computer Forensic Analyst Powell (New Orleans) on August 28, 2015.

15. "N015-513056-EVERS 32GB ADATA SDHC CARD.E01" (line item 17) is a forensic copy of a 32GB Adata SDHC Class 10 Media Card; contained within a Cannon Vixia HF R400 Video Camera; Serial number 687644200107; MD5 hash 049d37a1ce13a14fd4478ee122e45d8f; created by Computer Forensic Analyst Powell (New

Orleans), on August 28, 2015.

16. "N015-513054-EVERS 16GB LEXAR COMPACT FLASH.E01" (line item 19) is a

forensic copy of a 16GB Lexar Professional 600x Compact Flash Card; contained within a

Canon 7D DSLR camera; serial number 0320300621; MD5 hash

9255c719513df5d08d53c233b238f9bb; created by Computer Forensic Analyst Powell (New

Orleans) on August 28, 2015.

17. "L1020 SD Card 1.E01" (line item 20A) is a forensic copy of a 32GB Transcend SD

Card; MD5 hash 5c62b103f28bf8efca59086d016e8508; created by Computer Forensic Analyst J.

Mullooly (New Orleans) on June 10, 2015.

18. "LI020 SD Card 2.E01" (line item 20B) is a forensic copy of a 16GB Transcend SD

Card; MD5 hash feb2eb1bb943f5db97e512149119d6fa; created by Computer Forensic Analyst J.

Mullooly (New Orleans) on June 10, 2015.

19. "LI021 18GB SD Card.E01" (line item 21) is a forensic copy of a 18GB SD card;

MD5 hash 584D151f833b2fa8cablcf850c7e158; created by Computer Forensic Analyst J.

Mullooly (New Orleans) on August 28, 2015.

20. "M007QL15BK0003-Evers-L1025-1.E01" (line item 25A) is a forensic copy of a

120GB Western Digital hard drive; model number WDC WD1200JB-00DUA1; serial number

WD-WMACK1587024; MD5 hash Dcdf98d56f0eb0e53ea3c25315885b0; created by Computer

Forensic Analyst J. Mullooly (New Orleans) on June 01, 2015.

21. "M007QL15BK0003-Evers-L1025-DRV2.E01" (line item 25B) is a forensic copy of

a 120GB Western Digital hard drive; model number WDC WD1200JB-00CRA1, serial number

WDWMA8C2605692; MD5 hash d422767dc6f258e6df42cf573203d1bf; created by Computer

Forensic Analyst J. Mullooly (New Orleans) on June 04, 2015.

22. "M007QL15BK0003-Evers-L1025-DRV3" (line item 25C) is a forensic copy of a 250GB Western Digital hard drive; model number WDC WD2500JB-32FUAO; serial number: WD-WMAEP1050799; MD5 hash: 022f6f00acd2705298e9e988016bc64d; created by Computer Forensic Analyst J. Mullooly (New Orleans) on June 04, 2015.

23. "NO15-SP052-EVERS SEAGATE 5T34321A XY856130.E01" (line item 28A) is a forensic image of a 4GB Seagate hard drive; taken from a Pionex Desktop Computer model FTNG5300BA4; hard drive serial number XY856130; MD5 hash c5923c20b81363b5ff090ea93724b24; created by Computer Forensic Analyst Powell (New Orleans) on June 23, 2015.

24. "N015-5P053-EVERS WD 36400 WT4200706366.E01" (line item 28B) is a forensic copy of a 6.4GB Western Digital hard drove; taken from a Pionex Desktop computer; model number AC36400- OOLC; serial number WD-WT4200706366; MD5 hash 8d71bf6e4989ff7a75be64450fee7f87; created by Computer Forensic Analyst Powell (New Orleans) on June 23, 2015.

25. "Evers 1TB Seagate Ext.E01" (line item 29) is a forensic copy of a 1TB Seagate external hard drive; model number 5'31000520AS; serial number 5VX024HB; MD5 hash fe1e01321c56d3e614e0bfeffa990217; created by DIA Allison Boos on September 15, 2015.

26. "EvidenceCollection.ufdx" (line item 30) is a forensic logical extraction of a Asus K008 Google Nexus 7 II Tablet; version 5.0.2 LRX22G 1649326; created by DIA Allison Boos on September 1, 2015.

27. "Evers_CanonPS_16GB.E01" (line item 34) is a forensic copy of a 16GB SD card;

taken from a Canon PS SD1000 camera; MD5 hash fO7d592856116928791ef8bef036d952; created by DIA Allison Boos on August 18, 2015.

28. "Item35-GatewaySolo.001" (line item 35) is a forensic copy of a 5.7GB hard drive; taken from a Gateway Solo 5300 laptop computer; drive serial number 20cc0e00a4813500; MD5 hash 550cf268b80f17fd147190baf645aa01; created by Computer Forensic Specialist James Fottrell on August 18, 2015.

29. "2GB SD card.E01" (line item 44) is a forensic copy of a 2GB SD media card; MD5 hash a9459c61cbc132378e0c4eb8e2372182; created by DIA Storey on August 18, 2015.

30. "Evers 250GB IDE.E01" (line item 45) is a forensic copy of a 250GB hard drive; model number: ST3100-0340A57drive serial number 5QJOYV2Z; MD5 hash 6f8a550c7fdc27eb9b969cccb67fe8

a7; created by DIA Allison Boos on September 17, 2015.

31. "Evers_HDD JTB_Seagate.E01" (line item 47A) is a forensic copy of a 1TB hard drive; drive serial number 5QJOYV2Z, MD5 hash 38a62884c671f376425544e65101175e; created by DIA Allison Boos on August 31, 2015.

32. "Evers_HDD_640GB_WD.E01" (line item 47C) is a forensic copy of a 640GB hard drive; model number: WDC WD6400AAKS-65A7B0; drive serial number WD-WCA5Y0999699; MD5 hash 88116a70da218cb4ddce5c5b341a39c3; created by DIA Allison Boos on August 31, 2015.

33. "Maxtor 80GB.E01" (line item 48A) is a forensic copy of an 80GB hard drive; drive serial number Y2L42L3E, MD5 hash a6c97e5aa6250c7f362d734280b598ef; created by DIA Joshua Storey on September 1, 2015.

34. "Seagate 250GB.E01" (line item 48B) is a forensic copy of an 250GB hard drive; drive serial number 5NDOHWFX; MD5 hash 96c5962cedb0582d722f6f243538efab; created by DIA Joshua Storey on September 1, 2015.

From Item 24, NO15-5P053-EVERS WD 36400 WT4200706366.E01, (line item 28B), Mr. Storey located thousands of images depicting minors engaged in sexually explicit activity from the unallocated space on the drive. Over 50,000 images and 40 videos were recovered from unallocated space on this device, many of them including sexually explicit images and videos of minors.

From Item 23, NO15-5P052-EVERS SEAGATE 5T34321A XY856130.E01 (line item 28A), Mr. Storey located several identifying documents for the defendant, Clarence Evers. Several documents containing personal information were identified in the folder "C:\My Documents\ Bud's Stuff'. These documents include "Evers-Resume.doc", "Evers-CV.doc", and "Evers-Photo.jpg". These files include personal information belonging to Clarence B. Evers, including name, email address, home address, and work history. These identifying documents have file created and last written dates in the year 2002 indicating when they were last modified by the computer user.

From Item 14, "N015-DP055-EVERS 16MB SMART MEDIA CARD.E01" (line item 14), Mr. Storey located 4 images of suspected minor males on the 16MB Smart Media Card. The EXIF information stored within these photos indicate that they were taken with a Fujifilm MX-700 model digital camera on July 16, 2004. These 4 photos and a file attribution listing including file name, size, last written date, location, and hash value are included in his written report. All of the contents on the 16MB Smart Media card were extracted and are included in the report. The

contents include recovered pictures from unallocated space that depict Clarence Evers at a school with children. The last written date attribute for these files range from 1998 to 2004.

From Item 5, Western Digital HD 500GB.Ex01" (line item 6B), Mr. Storey recovered the Mozilla Firefox web browsing database. A review of the "formhistory.sqlite" database file identified several user identifiers such as:

1. Email: mrbudatlrg@hotmail.com

2. Login_email: khunbud@gmail.com

3. userid: khunbud

4. shipping_adressee_name: C Edward Evers

The database has recorded file created date of September 22, 2009, and a recorded last written date of April 25, 2010.

A folder containing the TrueCrypt program, a "License.txt" file, and other TrueCrypt setup files were identified in the folder "C\SWW-F1 Portable Apps Pack3---WWW. UNITED-FORUMS.CO.UK--- \PROGZ\UTILS\TrueCrypt". The file created timestamp for the "TrueCrypt.exe" program on this device is October 14, 2008. CCleaner is a program used to clean many areas on a computer including Internet Explorer, Firefox, Google Chrome, Windows and the Windows Registry. The CCleaner program was identified in the "C\SW4U-F1 Portable Apps Pack3---WWW.UNITED-FORUMS.CO.UK---PROGZ\REGISTRETCleaner" folder. Recent files (.LNK) are used by Microsoft Windows operating system to track recently accessed files for each user account. The "CCleaner.lnk" file found in the "C\Documents and Settings\b\Desktop\Tools" folder indicates that the CCleaner program was used on September 9, 2009.

From Item 3, Evers_Desktop_2TB_WD.E01" (line Item 3C), Mr. Storey recovered installations of encryption and data wiping software. The TrueCrypt.exe program, was identified in the "C\Program Files\TrueCrypt" folder. The "TrueCrypt.exe" file created date indicates that the program was installed on September 6, 2008. The Windows Prefetch file "C\Prefetch\ TRUECRYPT.EXE-2013CD03.pf" indicates that the TrueCrypt program was last run on December 21, 2010. The CCleaner.exe program was identified in the "C\Program Files\CCleaner" folder. The CCleaner.exe file created date indicates that the program was installed on September 24, 2010. Recent files (INK) are used by Microsoft Windows operating system to track recently accessed files for each user account. The "CCleaner.lnk" file found in the "C\Documents and Settings\b\Start Menu\Programs" folder indicates that the CCleaner program was last used on September 27, 2010. Eraser is a wiping tool for Windows which allows the user to remove sensitive data from a hard •drive by overwriting it several times with carefully selected patterns. The "Eraser.exe" program was identified in the folder "C\Program FilesTraser." The "Eraser.exe" file created date indicates the program was installed on December 22, 2007.

From Item 7, WD PAssport 2TB.E01 (line item 7B), Mr. Storey recovered encryption and data wiping software. Two suspected TrueCrypt header files were found on this computer. These files were identified in the "C\My Documents" folder. A TrueCrypt header file allows the TrueCrypt program access to a TrueCrypt encrypted container or file. The "Eraser 6.0.10.2620. exe" program was identified in the folder "C\My Documents\Downloads". No logs or records of its use were identified. The file created timestamp associated with this file is dated October 3, 2013.

From Item 34, Seagate 250GB.E01 (line item 48B), Mr. Storey recovered encryption and

data wiping software. The TrueCrypt.exe program, was identified in the "C:\wwvv\html\apps\ TrueCrypt\Setup Files" folder. The TrueCrypt.exe file created date indicates that the program was installed on November 8, 2007. A .LNK file was recovered from the unallocated space in physical sector 35819375 indicating the TrueCrypt.exe program had been run. However, no dates or times associated with the. LNK file were recovered. The "Eraser.exe" program was identified in the folder "C:\Exams\Binaries\PortableApps\ PortableApps\EraserPortable\App\eraser." The "Eraser.exe" file created date indicates the program was installed on November 8, 2007.

On Item 12, 11008 Seagate 250GB IDE HDD.E01 (line item 8), Mr. Storey found evidence of the CCleaner software.

On Item 1, Evers_Desktop_3TB_Segate.E01 (line item 3A); Item 2, Evers_Desktop_2TB_Seagate.E01 (line item 3B); Item 10, Western Digital External HD 750GB.Ex01 (line item 7E); Item 11, Hitachi External HD 250GB.E01 (line item 7F); Item 6, Black Ultra 300GB.Ex01 (line item 7A); Item 8, Western Digital extHD 750GB.Ex01, (line item 7C), and Item 25, Evers 1TB Seagate_Ext.E01 (line item 29), Mr. Storey found data in unallocated space. No data was readable, and it is suspected that these hard drives are encrypted with a program such as TrueCrypt.

Based on his findings from Item 3, "Evers_Desktop_2TB_WD.E01" (line Item 3C), Mr. Storey will testify about Usenet Groups, or newsgroups. Usenet newsgroups are a method of communication on the Internet where people can exchange news articles based upon particular topics posted to specific newsgroups. Usenet newsgroups actively process articles for over 30,000 different topic areas, including topic areas related to the distribution of child pornography. Users read and post messages (called articles or posts, and collectively termed

28

news) to one or more categories known as newsgroups. "alt.binaries" are Usenet newsgroups that contain binary files such as pictures, audio files, and movies.

Mr. Storey will also testify about the software program Forte Agent. Agent is a computer program distributed by Forte Inc. that allows users to connect to a Usenet server, select newsgroups that a user is interested in subscribing to, and download and view articles posted to subscribed newsgroups. The program features a simple to use graphical interface that is similar to email programs to access Usenet newsgroups. Two installations of the Forte Agent program (version 4.2 and version 8.0) were found in two different locations: "C:\Documents and Settings/b/Application Data/Forte/Agent" and "D:\Users\Registered User\AppData\Roaming\Forte\Agent."

As to Forte Agent version 4.2 located on the C: drive, Mr. Storey will testify that the configuration file "Agent.ini" contains configuration information about the settings and configuration of the program and includes the following information:

a. The Usenet news server that the user "bevers" is "ssl.astraweb.com." Another server named "news.giganews.com" was configured as well, but appeared to be inactive.

b. The user name used to login to the news servers is "bevers".

c. The directory to save all user downloaded attachments is the user created folder "Y:\NG\alt.oyp.sworp."

The Forte Agent program stores newsgroups and articles selected by the user in files that are named with the extension .DAT. The contents of the Agent program were extracted for further analysis including installing and running the program on a separate computer. Mr. Storey created 79 print screen images and 1 demonstration video documenting the user's configuration

29

of the program including the account settings, folder structure of subscribed newsgroups, and screen captures of individual newsgroups postings.

Mr. Storey also generated 24 print screen images that show the subscribed newsgroup, article line, downloaded images, and location where the file is saved on the user's computer. The newsgroups associated with these downloaded images include: "alt.binaries.adan", "alt.binaries.ctb", "alt.binaries.dominion.bugger", "alt.binaries.residents", and a user created folder named "Jimmy-Parked." These images include images of minors engaged in sexually explicit conduct.

Mr. Storey also identified 21 images depicting minors engaged in sexually explicit conduct that were downloaded with the Forte Agent program. The images can be seen in the screen print images mentioned above. The folder "Jimmy-Parked" contains nine archive files with a ".rar" file extension. Each archive file contains an image file that was extracted and included in his written report.

Mr. Storey will also testify to the installation of Forte Agent found on the D: drive, which was version 8 of the software. The contents of the installation folder have been provided in Mr. Storey's report. The configuration file "agent.ini" contains the following configuration information:

     a. The news servers that the user was connecting to are "ssl.astraweb.com" and "news.astraweb.com."

     b. The email address mrbud@bellsouth.net is the address associated with the Forte program to receive messages from newsgroups.

     c. The user name used to login to the news servers is "bevers."

    d.   The directory to save all user downloaded attachments is the user-created folder "Y:\NG."

Mr. Storey created 68 print screen images and 1 demonstration video documenting the user's configuration of the program including the account settings, folder structure of subscribed newsgroups, and screen captures of individual newsgroups postings. A review of these identified a heading named "BL", which is consistent with the term "boy lover," and includes newsgroups named: "alt.fan.prettyboy", "alt.binaries.adan", "alt.binaries.boys", "alt.binaries.ctb", and "alt.fan.utb.naughtyboy."

Mr. Storey also created a video to document the configuration settings, and includes documented user activity shown in Forte Agent's "Task Manager" function. This function records details such as dates and times of when the user retrieved files from newsgroups.

Mr. Storey also examined N015-SP053-EVERS WD 36400 WT4200706366.E01, an image copy of a 6.4 GB Western Digital Caviar hard drive; serial number: WT4200706366; Model number: AC36400-00LC; removed from a Pionex Desktop computer (serial: 7001880476); created by Computer Forensic Analyst Steven R. Powell, New Orleans, on June 23, 2015. Mr. Storey located images in the unallocated space on that drive, including a sexually-explicit image of Clarence Evers with a suspected minor. The EXIF metadata embedded in the image file indicates it was created on March 5, 2002 by a Fujifilm MX-700 camera. Mr. Storey also located 19 other images that appear to have been taken in the same location. The images depict Evers and suspected minors, and some images depict the suspected minors engaged in sexually explicit activities. The EXIF metadata associated with many of the images indicate they were created by a Fujifilm MX-700 camera on March 5, 2002.

31

Mr. Storey's conclusions generally are:

1. Over 1,000 files containing sexually explicit images or videos involving minors were identified in unallocated space on the Pionex desktop computer.

2. There is evidence that truecrypt or other encryption programs are being used across numerous devices.

3. There is evidence of computer programs including Ccleaner and Eraser being used to remove or wipe evidence associated with computer activity.

James Fottrell, the director of the High Technology Investigative Unit of the Child Exploitation and Obscenity Section of the Department of Justice's Criminal Division, may also be called to testify. As director of the forensic laboratory and the reviewer of the work performed by Ms. Boos and Mr. Storey, Mr. Fottrell may testify to any and all of the evidence described above.

James Mullooly, a Computer Forensic Analyst with the Department of Homeland Security, examined NO15-SP052-EVERS SEAGATE 5T34321A XY856130.E01 (line item 28A), a 4GB hard drive from a Pionex computer. Mr. Mullooly recovered from unallocated space on that computer 11,277 images that appear to depict minors engaged in sexually explicit conduct. Mr. Mullooly also created several of the forensic images reviewed by the analysts at the High Technology Investigative Unit, which are more fully described above.

Respectfully submitted,

STEVE BUTLER
ACTING UNITED STATES ATTORNEY

By:

/s/ Sean P. Costello
Sean P. Costello (COSTS3753)
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama   36602