IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. 16-00040-KD** |
| | * | |
| **CLARENCE EVERS** | * | |

## UNITED STATES' RESPONSE

Comes now the United States of America and hereby responds to this Court' Order regarding the United States' motion to designate this case as being of "special public importance" under Title 18, United States Code, Section 3509(j) and to set a specific trial date in April.

The United States is satisfied that the May 8th trial date balances the defendant's needs with the child's need to resolve this matter in an expeditious manner. This trial setting adequately protects the child victim from enduring further stress from further continuances and unknown trial dates.   The United States does not seek further action at this time.

Respectfully submitted this 23rd day of March, 2017.

STEVE BUTLER
ACTING UNITED STATES ATTORNEY

By:

*/s/ Maria E. Murphy*_____
Maria E. Murphy
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602

## CERTIFICATE OF SERVICE

    I certify that I have filed the foregoing pleading with the clerk of the Court using CM/ECF, which automatically serves a copy of the same upon counsel for the defendant this the 23rd day of March, 2017.

*/s/Maria E.Murphy*_____