IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   CR. 16-00040-KD |
| CLARENCE EDWARD EVERS | * |

**UNITED STATES' SECOND SUPPLEMENTAL NOTICE OF INTENT
TO INTRODUCE TESTIMONY
OF EXPERT AT TRIAL PURSUANT TO RULE 16(a)(1)(G), FEDERAL
RULES OF CRIMINAL PROCEDURE**

COMES NOW the United States of America, by and through the United States Attorney for the Southern District of Alabama, and hereby gives supplements notice of its intent to introduce testimony of an expert at trial, under Rules 702 and 703, Federal Rules of Evidence. *See also* Rule 16(a)(1)(G), Federal Rules of Criminal Procedure.

The United States intends to elicit the testimony of Juan Adames who has been employed by the Department of Homeland Security (and its predecessors) since January 19, 1998 and has investigated cases involving Human Rights violations, Human Trafficking and Child Sex Tourism in Southeast Asia.   In fact, he has previously led the Department of Homeland Security Anti-Human Trafficking Program in Southeast Asia.

The United States has offered to have the defendant interview Agent Adames concerning his knowledge of the child sex trade as it exists in Thailand as well as his review of the discovery in this case.   That offer remains available to the defendant.   Out of an abundance of caution, the United States provides the following written summary:

Thailand is listed by the United Nations and the United States Department of State as both a top destination for those that exploit victims of human trafficking and a major source of

trafficked persons. Children in Thailand are commercially sexually exploited for several reasons including:

- Poverty:   a high proportion of the population lives in poverty.   This is particularly true of ethnic hill tribe children who live in the northern region of Thailand.   Most lack citizenship cards which means they do not have access to health care or primary school education which limits their ability for employment opportunities.   Many work in rice fields for little money and come to the red light districts to earn money during certain seasons.
- Sense of duty:   According to traditional customs, the children contribute to their families' support any way they can.

Pattaya, Thailand has become known for its commercial sex trade.   Sex workers can be male, female, or transgender. Sunee Plaza is one of the two main gay areas in Pattaya.   It has developed a reputation for supplying underage boys to sex tourists.   There has also been a problem in the past, in particular Yaba, being sold in the area. Boys will work in this district either as independent street walkers or become associated with a bar. The red light district includes host bars were waiters will serve drinks and also sit and entertain clients.   There are also gogo bars with the same service and boys dancing usually on a central stage.   There are also gogo bars were boys walk around the table and provide a short show at each table.   The beer bars include party bars where regular events are staged.   Once a tourist finds a boy he is interested in, he identifies the boy to the "mamasan" or the employee's manager often by numbered tag the boy is wearing.   The tourist will pay the bar a fee known as a "bar fine" to "off" the boy or to remove him from the bar service for a period of time.   The tourist and the boy can then go to an attached bedroom or they may go out with their tourist patron to other bars

for drinking before they return to the tourist's room.   The term "kite flying" is a slang term referring to "anal intercourse", sometimes it is also associated with mutual masturbation or manual stimulation of a male penis. The term "smoking" or identifying someone as a "smoker" refers to fellatio. A "puppy" is a slang term for a boy (gay or straight) who is too young to legally consent to have sex. After sexual services are provided, the tourist pays the boy who returns to the bar and pays the bar a portion of the money. The boys are frequently followed by someone from the bar who ensures that he returns with money. An alternative to the bar scene involves the tourist using a trusted Thai intermediary who is paid to procure boys and deliver them to the tourist's room.

In more rural areas, a sex tourist may become familiar with the child's entire family and provide financial support.   In these areas, the police are frequently uneducated and earning low salaries leading to a higher incidence of corruption. Sex tourists may cultivate the impression that they are associated with law enforcement or pose as members of the United States Embassy in order to avoid problems with the police as a strategy to minimize the possibility of extortion schemes.

Respectfully submitted,

STEVE BUTLER
ACTING UNITED STATES ATTORNEY
By:

/s/ Maria E. Murphy
Maria E. Murphy (MURPM8440)
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama   36602

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 6, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record for defendant.

                                      /s/ Maria E. Murphy
                                      Maria E. Murphy
                                  Assistant United States Attorney