**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff,** | * | |
| **vs.** | * | **CR-16-40** |
| | * | |
| **CLARENCE EVERS,** | * | |
| | * | |
| **Defendant.** | * | |

## NOTICE OF INTENT TO PLEAD GUILTY

COMES NOW the Defendant, Clarence Evers, by and through the undersigned counsel, Dennis J. Knizley and gives Notice of Intent to Plead Guilty to Counts 5, 7 and 11 of the Indictment.

Respectfully submitted,

/s/Dennis J. Knizley
Attorney for the Defendant
7 N. Lawrence Street
Mobile, AL 36602
Phone: (251) 432-3799
Fax: (251) 432-4539

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April 2017,  I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sean Costello
Assistant U.S. Attorney                              Respectfully submitted,
                                                     /s/ Dennis J. Knizley