**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL ACTION NO. 16-00040-KD-B** |
| | ) | |
| **CLARENCE EDWARD EVERS** | ) | |
|     **Defendant** | ) | |

## ORDER

    This matter is before the Court on the Defendant's Notice of Intent to Plead Guilty. (Doc. 59). A change of plea hearing is set for **April 14, 2017** at **11:30 a.m.**, Courtroom 5A, U.S. District Court for the Southern District of Alabama, 113 St. Joseph Street, Mobile, Alabama, 36602.

    The United States Marshal is **DIRECTED** to produce the Defendant for the above-referenced hearing.

    **DONE** and **ORDERED** this **13**th day of **April 2017.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE**