IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs | * | Case No.:CR-16-40 |
| | * | |
| **CLARENCE EVERS** | * | |

### POSITION OF DEFENDANT WITH RESPECT TO SENTENCING FACTORS

Comes now the Defendant, Clarence Evers, by and through his attorney, Dennis J. Knizley, and states his position with respect to sentencing factors set forth in the Pre-sentence Report:

    1. Paragraph 37.  Specific Offense Characteristics.  The images do not clearly involve prepubescent minors, and the two level increase is not justified.

    2. Paragraph 38.  Specific Offense Characteristics.  The offense material does not clearly involve portrayed sadistic or masochistic conduct or other depictions of violence, and the four level enhancement is not justified.

    3. Paragraph 39.  Specific Offense Characteristics.  The conduct of the defendant does not rise to the level of a pattern of activity involving sexual abuse or exploitation of a minor and the five level increase is not justified.

    4. Paragraph 45.  Adjusted Offense Level.  The adjusted offense level should be 25.

    5. Paragraph 46.  Multiple Count Adjustment.  As to count 11 being 25 should be no unit adjustment for the total number of unit adjustments as to 1.0.

    6. Paragraph 48.  Increase in Offense Level.  The increase in offense level should be 1.

    7. Paragraph 49.  Combined Adjusted Offense Level.  The combined adjusted offense level should be 37.

    8. Paragraph 50.  Chapter Four Enhancement.  The defendant contends that the U.S.S.G. Section 4B1.5(b)(1) enhancement that the defendant engaged in a pattern of

activity involving prohibited sexual conduct resulting in a five level increase, should not apply, and there should be no increase to the levels determined under Chapters 2 and 3. Thus, there should be no Chapter 4 enhancement and the offense level should be 37.

9.  Paragraph 53.  Total Offense Level.  The total offense level with acceptance of responsibility should be 34.

10.  Paragraph 81.  Guideline Provisions.  Based upon a total offense level of 34 and a criminal history category of I, the guideline range of imprisonment should be 151-188 months; however, in Count 7 the minimum mandatory term of imprisonment is 15 years so the range of imprisonment should be 180 months to 188 months.

/s/ Dennis J. Knizley
Attorney for the Defendant
7 N. Lawrence Street
Mobile, Alabama 36602
Phone:  (251) 432-3799
Fax:     (251) 432-4539
E-Mail: djknizley@hotmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 30th day of June 2017 served a true and correct copy of the foregoing pleading by electronically filing same with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant U.S. Attorney Maria Murphy and U.S. Probation Officer Vicki Elmore.

/s/Dennis J. Knizley
Attorney for the Defendant