IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br><br>CLARENCE EDWARD EVERS,<br>Defendant. | *<br>*<br>*  CRIMINAL NO. 1:16CR00040<br>*<br>*<br>* |

## SATISFACTION OF CRIMINAL MONETARY PENALTIES

The United States of America, by RICHARD W. MOORE, United States Attorney, and through Erica R. Hilliard, Assistant United States Attorney, hereby gives notice that the criminal monetary penalties ordered herein in the above case have been satisfied as to Defendant, CLARENCE EDWARD EVERS, only.

Respectfully submitted,

RICHARD W. MOORE
UNITED STATES ATTORNEY

Dated: April 26, 2018     By:  s/Erica R. Hilliard
Erica R. Hilliard
Assistant United States Attorney
63 S. Royal Street, Suite 600
Mobile, Alabama 36602
Telephone:  251.441.5845
Facsimile:   251.441.5044
Email:        erica.hilliard@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on April 26, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such to all counsel of record, if applicable, and I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participant:

Mr. CLARENCE EDWARD EVERS
xxxxxxxxxxxx
Marianna, FL  32447

                              *s/Erica R. Hilliard*
                              Erica R. Hilliard
                              Assistant United States Attorney